IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ENRIQUE SEOANE-VAZQUEZ,

Plaintiff,

V.

CASE NO. C2-10-622
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

THE OHIO STATE UNIVERSITY,

Defendant.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

7-12-2010
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE